United States District Court
Southern District of Texas

**ENTERED**

April 26, 2017

David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CRIMINAL NO. H-17-155 |
| | § | |
| RAMIRO RANGEL-DURON | § | |

## REPORT AND RECOMMENDATION

Before the court, by referral pursuant to 28 U.S.C. §636(b), is the matter of the re-arraignment of Ramiro Rangel-Duron, the defendant in this action. On April 26, 2017, Defendant Ramiro Rangel-Duron appeared with counsel before the undersigned magistrate judge for the purpose of entering a guilty plea to the Indictment charging him with illegal reentry into the United States after deportation and after conviction of a felony, in violation of 8 U.S.C. §§ 1326(a) and (b)(1).

Defendant Ramiro Rangel-Duron consented in writing to plead guilty before a United States Magistrate Judge. After conducting said proceeding in the form and manner prescribed by Rule 11 of the Federal Rules of Criminal Procedure, this court makes the following findings of fact:

1.  Defendant Ramiro Rangel-Duron, after consultation with counsel of record and with the approval of the government, has knowingly and voluntarily consented to be advised of his rights and to enter a plea of guilty before a U.S. Magistrate Judge subject to final approval and imposition of sentence by United States District Judge Lee Rosenthal.

1

2.   Defendant Ramiro Rangel-Duron is fully competent
     and capable of entering an informed plea.

3.   Defendant Ramiro Rangel-Duron is aware of the nature of
     the charges, the maximum punishment range and other
     penalties that may be imposed at sentencing.

4.   Defendant Ramiro Rangel-Duron understands his
     constitutional and statutory rights and wishes to waive
     those rights.

5.   Defendant Ramiro Rangel-Duron understands that the
     sentencing judge is not bound by any recommendation on
     sentencing made by either counsel for the government or
     counsel for the defendant, and that if a recommendation
     on sentencing is not followed by the sentencing judge, he
     may not withdraw his plea of guilty.

6.   Defendant Ramiro Rangel-Duron's plea of guilty is a
     knowing and voluntary plea supported by an independent
     basis in fact containing each of the essential elements
     of the offense charged in Count 1 of the Indictment.

Based upon the foregoing, it is **RECOMMENDED** that the guilty

plea of Defendant Ramiro Rangel-Duron to Count 1 of the Indictment

be accepted by the court and that Ramiro Rangel-Duron be adjudged

guilty of the offense alleged in Count 1 of the Indictment, to wit:

illegal re-entry into the United States after deportation and after

conviction of a felony, in violation of 8 U.S.C. §§ 1326(a) and

(b)(1).

The Clerk shall send copies of this Report and Recommendation

to the respective parties who have fourteen (14) days from the

receipt thereof to file written objections thereto pursuant to

General Order 2002-13.  Failure to file written objections within

the time period mentioned shall bar an aggrieved party from

attacking the factual findings and legal conclusions on appeal.

The original of any written objections shall be filed with the United States District Clerk, P.O. Box 61010, Houston, Texas, 77208. Copies of such objections shall be mailed to opposing parties and to the chambers of the undersigned, 515 Rusk, Suite 7019, Houston, Texas 77002.

**SIGNED** at Houston, Texas, this 26th day of April, 2017.

_____
U.S. MAGISTRATE JUDGE